# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

MEMO ENDORSED

July 21, 2023

The Honorable Kenneth K. Karas
District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re: United States v. Jesus Mesa
22-cr-423 (KMK)

Dear Honorable Karas:

I am writing in relation to Jesus Mesa, who was sentenced to time served and three-years of post release supervision on February 7, 2023. At Mr. Mesa's sentencing, I neglected to ask that the Court authorize Pretrial Services to return Mr. Mesa's passport to Mr. Mesa. Thus, I respectfully request that Your Honor order the release of Mr. Mesa's passport.

Thank you for your consideration.

Sincerely,

/s

Benjamin Gold

Granted.

So Ordered.
[signature] 7/21/23

cc: AUSA Josiah Pertz